In the Matter of AGNES SCHUCK, Respondent, v. BIRCHWOOD PARK HOMES, INC., et al., Appellants.— In a proceeding pursuant to section 295 of the Civil Practice Act and rule 122 of the Rules of Civil Practice, the corporation, Birchwood Park Homes, Inc. (and others, designated as respondents below) appeal from an order of the Supreme Court, Queens County, dated March 20, 1962, denying their motion to vacate or modify an ex parte order which required the corporation to appear for examination. Petitioner, alleging that she was injured when she fell over a plank on the public sidewalk adjacent to a building operation then being conducted, apparently under a permit issued to the corporation, had obtained the ex parte order for its examination under section 295 of the Civil Practice Act and rule 122 of the Rules of Civil Practice, in order to identify the prospective defendants and enable her to frame a complaint. Order affirmed, with $10 costs and disbursements; the examination to proceed on 10 days' written notice or at such time as may be mutually fixed by the parties. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

In the Matter of the Estate of THOMAS F. SULLIVAN, Deceased. MARGARET G. SULLIVAN, Appellant; BARRY H. SINGER, as Special Guardian for PETER SULLIVAN, an Infant, Respondent.— In a proceeding to probate the decedent's last will and testament, the petitioner appeals from so much of a decree of the Surrogate's Court, Kings County, dated March 15, 1962, admitting the will to probate, as allowed a fee of $400 to the special guardian for an infant distributee, for services rendered by such guardian in the proceeding. Decree modified on the facts by reducing to $200 the allowance to the special guardian. As so modified, decree, insofar as appealed from, affirmed, without costs. In view of the value of the estate and the services rendered, the allowance of $400 was excessive. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.